IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV715

GASTON COUNTY, et al., )
)
    Plaintiffs )
)
vs. ) ORDER
)
DAMON EMIL FIELDS, )
)
    Defendant. )
)

This matter is before the Court upon the Plaintiff's Motion to Remand this matter to the Gaston County District Court. It appears to the Court that Defendant's *pro se* Notice of Removal was not timely filed. Moreover, it is clear from the face of the Petition[1] that there is no diversity of citizenship, the amount sought is less than $75,000, and there is no federal question at issue. Accordingly,

IT IS THEREFORE ORDERED that the Plaintiff's Motion to Remand is hereby GRANTED and this case is hereby remanded to the District Court of Gaston County.

Signed: January 13, 2020

Graham C. Mullen
United States District Judge

---

[1] Gaston County filed the Summons and Petition against the Defendant in state court to seek reimbursement of expenses incurred by the County through its animal shelter while holding Defendant's 16 cats, a case purrfectly suited for state court jurisdiction.